UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :

UNITED STATES OF AMERICA          :

                                                          :     Docket No.: 12-CR-171 (S-1) (JPO)

        -v-                                   :

                                                          :     NOTICE OF APPEARANCE AND

MIKHAIL ZEMLYANSKY,             :     SUBSTITUTION OF COUNSEL

        et al.,                              :

        Defendants.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that Eric M. Creizman of Creizman PLLC, with offices located at 565 Fifth Avenue, 7th Floor, New York, New York 10017, hereby appears on behalf of Michael Danilovich, and requests that all papers in this action be served upon him at the email address below. Please also take notice that I am substituted as Mr. Danilovich's counsel in place and instead of David Patton, Esq., Federal Defenders of New York, Inc.

      I certify that I am admitted to practice before this Court.

Dated: New York, New York
       April 26, 2012

                                                        /S/ Eric M. Creizman
                                                        Eric M. Creizman (EC-7684)

                                                        Creizman PLLC
                                                        565 Fifth Avenue, 7th Floor
                                                        New York, New York 10017

                                                        Telephone: (212) 972-0200
                                                        Facsimile: (646) 200-5022
                                                        Email: ecreiz@creizmanllc.com

                                                        *Attorneys for Michael Danilovich*