```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :   GOVERNMENT'S FORFEITURE
                                       BILL OF PARTICULARS
       -v.-                        :
                                   :   S1 12 Cr. 171 (JPO)
MIKHAIL ZEMLYANSKY, et al.,        :
                                   :
             Defendants.           :
- - - - - - - - - - - - - - - - - :
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses alleged in Counts One through Four of the Indictment, as alleged in the Indictment's Forfeiture Allegations, includes all of the defendants' right, title, and interest in the contents of the following accounts:

1. Account no. 3112487033, held in the name of Joseph Vitoulis DO, P.C. at JP Morgan Chase

2. Account no. 827426362, held in the name of Joseph Vitoulis DO, P.C. at JP Morgan Chase

3. Account no. 483036710444, held in the name of NTT Medical PC at Bank of America

4. Account no. 831427489, held in the name of Maguire Medical Practice PC at JP Morgan Chase

5. Account no. 749858023, held in the name of McGuire Medical PC at JP Morgan Chase

6. Account no. 483030419990, held in the name of Grand Concourse Medical PC at Bank of America

7. Account no. 483039116168, held in the name of Paragon Medical Care PC at Bank of America

8. Account no. 483036478728, held in the name of Aniko Acupuncture PC at Bank of America

9. Account no. 483040040812, held in the name of Ankar Acupuncture PC at Bank of America

10. Account no. 483014971276, held in the name of Kali Acupuncture PC, Pavel L. Poznanskiy at Bank of America

11. Account no. 009420270382, held in the name of M & S Acupuncture PC at Bank of America

12. Account no. 483012300522, held in the name of Somich Acupuncture PC Operating Account at Bank of America

13. Account No. 4252782036, held in the name of Acuhealth Acupuncture PC at TD Bank

14. Account no. 4254944113, held in the name of Bay Needle Care Acupuncture PC at TD Bank

15. Account No. 483040039027, held in the name of Bay Needle Care Acupuncture PC at Bank of America

16. Account no. 4257592282, held in the name of New Century Acupuncture PC at TD Bank

17. Account no. 7917735149, held in the name of V.S. Care Acupuncture PC at TD Bank

18. Account no. 4252471192, held in the name of TC Acupuncture PC at TD Bank

19. Account no. 483036909802, held in the name of Bronx-Metro Chiropractic Health Services PC at Bank of America

20. Account, no. 483036909815 held in the name of Bronx-Metro Chiropractic Health Services PC at Bank of America

21. Account no. 672776324, held in the name of Medway Medical Diagnostics Care PC at HSBC

22. Account no. 872761564, held in the name of Clearview of Brooklyn Medical PC at JP Morgan Chase

23. Account no. 831070297, held in the name of Ocean Chiropractic PC at JP Morgan Chase

24. Account no. 483031217751, M & M Complete Equipment Inc. held at Bank of America

25. Account no. 959986563, held in the name of Montclair Capital Group NY, Inc. at JP Morgan Chase

26. Account no. 7510004851, held in the name of Active Consulting Group LTD at Apple Bank

27. Account no. 009432676451, held in the name of Mind Body Soul Inc dba All Organic Gourmet at Bank of America

28. Account no. 672776090, held in the name of Tri-State Billing Corp. at HSBC

29. Account no. 672775492, held in the name of No Limits Funding Corp. at HSBC

30. Account no. 763841046, held in the name of Michael Barukhin at JP Morgan Chase

31. Account no. 889197562, held in the name of Mikhail Zemlyansky at JP Morgan Chase

The Government further gives notice that, as an independent and separate basis, the funds and other property in these above-described accounts are forfeitable as substitute assets, pursuant to Title 21, United States Code, Section 853(p), as specified in the Indictment.

Dated:     New York, New York
           June 15, 2012

                   Respectfully Submitted,

                   PREET BHARARA
                   United States Attorney

           By:     _____/s/_____
                   JASON H. COWLEY
                   Assistant United States Attorney
                   Telephone: (212)637-2479