```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
  UNITED STATES OF AMERICA         :

        - v. -                     :    PROTECTIVE ORDER

  MIKHAIL ZEMLYANSKY, ET AL.,      :    12 Cr. 171 (JPO)

              Defendants.          :
- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 9 2012

J. PAUL OETKEN, District Judge:

        WHEREAS, the United States of America seeks to provide in unredacted form certain documents pursuant to Rule 16 of the Federal Rules of Criminal Procedure("Rule 16"), which contain and/or reflect personal identification information (including but not limited to names, social security numbers, dates of birth, account numbers, and medical diagnosis and treatment information); and

        WHEREAS, the Government desires to protect the confidential information contained in the materials it produces pursuant to Rule 16(d)(1);

        WHEREAS, all of the defendants, through their counsel, consent to the entry of this Order;

        IT IS HEREBY ORDERED:

        1.  Any material reflecting personal identification information (including, but not limited to, names, dates of birth, Social Security numbers, addresses, bank, credit card, or other financial account numbers, and medical diagnosis and treatment information) produced by the Government in this action

is deemed "Confidential Information" and shall be so identified by the Government.

   2. Confidential Information disclosed to any defendant or to his or her counsel during the course of proceedings in this action:

    (a) Shall be used by the defendant and his or her counsel only for purposes of the defense of this action;

    (b) Shall not be duplicated by the defendant except for purposes of the defense of this action;

    (c) Shall be kept and maintained by the defendant in a secure container and location;

    (d) Shall not be disclosed in any form by the defendant or his or her counsel except as set forth in paragraph 2(e) below;

    (e) May be disclosed by the defendant or his or her counsel only to the following persons (hereinafter "Designated Persons"):

     (i) investigative, secretarial, clerical, and paralegal student personnel employed full-time or part-time by the defendant's counsel;

     (ii) independent expert witnesses, investigators, or advisors retained by the defendant's counsel in connection with this action;

     (iii) other prospective witnesses, and

their counsel, to the extent deemed necessary by defense counsel, for trial preparation;

(iv) such other persons as hereafter may be authorized by the Court upon motion by the defendant; and

(f) Shall be returned to the Government following the conclusion of the trial of the above-referenced action or upon the defendant's sentencing, as the case may be, and any all copies made of said material shall be shredded, erased, and/or destroyed, as the case may be.

3. The defendants and their counsel shall provide a copy of this Order to Designated Persons to whom they disclose Confidential Information pursuant to paragraph 2(e). Prior to disclosure of Confidential Information to Designated Persons, pursuant to paragraph 2(e), any such Designated Person shall agree to be subject to the terms of this Order by signing a copy hereof and stating that they "Agree to be bound by the terms herein," and providing such copy to the defendant's counsel. However, defendants and their counsel need not obtain signatures from any member of the defense team (i.e., attorneys, experts, consultants, paralegals, investigators, support personnel, and secretarial staff involved in the representation of the defendants in this case), all of whom are nonetheless bound by this Protective Order.

4. The provisions of this Order shall not be construed as preventing the disclosure of any information in any

motion, hearing, trial, or sentencing proceeding held in connection with the above-referenced action or to any District Judge or Magistrate Judge of this Court (or their staff) for purposes of the above-referenced action.

5.  With respect to Confidential Information, any filings with any court shall be governed by Rule 49.1 of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         July 9, 2012

SO ORDERED:

_____
HONORABLE J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

4