| # | PC NAME | MEDICAL PROFESSIONAL | DEFENDANTS |
|---|---|---|---|
| 1 | Absolute Approach Medical PC | Andrew Patrick | Alex Sandler  Lauretta Grzegorczyk |
| 2 | Accurate Medical Diagnostics P.C. | Ahmed Ehab Eleman | Michael Danilovich  Mikhail Zemlyansky  Michael Barukhin  Yevgeniy Shuman  Alex Sandler  Joseph Vitoulis  Jeff Lereah |
| 3 | Active Care Medical Supply Corporation | Russell Ionin | Mikhail Zemlyansky  Michael Danilovich  Michael Barukhin  Mikhail Ostrumsky  Boris Treysler  Lynda Tadder  Dmitry Lipis |
| 4 | Acuhealth Acupuncture P.C. | Natalya Kornilova | Mikhail Zemlyansky  Michael Danilovich  Michael Barukhin  Yevgeniy Shuman  Alex Sandler  Joseph Vitoulis  Andrey Anikeyev |
| 5 | Acupuncture Approach | Dimitry Zapolsky | Andrey Anikeyev |

| | | | |
|---|---|---|---|
| 6 | Advanced Quality Physical Therapy, P.C. | Malak Ishak SheHata Azab | Michael Danilovich Mikhail Zemlyansky Michael Barukhin Yevgeniy Shuman   Alex Sandler   Joseph Vitoulis   Michael Morgan |
| 7 | AEE Medical Diagnostic P.C. | Scott J. Schuster | Alex Sandler   Zuheir Said |
| 8 | All Boro Psychological Services, P.C. | John R. Braun | Alex Sandler   Lauretta Grzegorczyk   Vladimir Grinberg |
| 9 | Alpha Acupuncture | Scott Denny | Andrey Anikeyev |
| 10 | Americhoice Medical P.C. | Robert Della Badia | Alex Sandler   Lauretta Grzegorczyk   Yuriy Zayonts Mikhail Kremerman Vladislav Zaretsky   Robert Della Badia |
| 11 | Ava Acupuncture | Valentina Anikeyeva | Andrey Anikeyev |
| 12 | Bay Needle Care, Acupuncture P.C. | Ellina Matskina | Alex Sandler   Lauretta Grzegorczyk   Andrey Anikeyev |
| 13 | Belle Chiropractic | Autumn N. Cutler | Yuriy Zayonts   Mikhail Kremerman Vladislav Zaretsky |
| 14 | Benoit Chiropractic | Karrelle Benoit | Andrey Anikeyev |
| 15 | Bonne Santo Inc. | Marlon Osorio | Alex Sandler   Lauretta Grzegorczyk |

| | | | |
|---|---|---|---|
| 16 | Bromer Medical P.C. | Albert Ciancimino | Michael Danilovich<br>Mikhail Zemlyansky<br>Michael Barukhin<br>Mikhail Ostrumsky<br>Boris Treysler<br>Lynda Tadder<br>Dmitry Lipis |
| 17 | Bronx Acupuncture Therapy | Roman Shimunov | Andrey Anikeyev |
| 18 | Bronx Chiropractic Services, P.C. | Robert S. Super | Michael Danilovich<br>Mikhail Zemlyansky<br>Michael Barukhin<br>Yevgeniy Shuman<br>Joseph Vitoulis   Alex Sandler   Lauretta Grzegorczyk |
| 19 | Canon Chiropractic Care P.C. | Leonid Simakovsky | Alex Sandler   Lauretta Grzegorczyk   Andrey Anikeyev |
| 20 | Clearview of Brooklyn Medical P.C. | Tatyana Gabinskaya | Michael Danilovich<br>Mikhail Zemlyansky<br>Michael Barukhin<br>Yevgeniy Shuman   Alex Sandler   Joseph Vitoulis<br>Lauretta Grzegorczyk<br>Tatyana Gabinskaya<br>Dmitry Lipis   Mark Shapiro |

| # | Clinic | Owner | Associated Individuals |
|---|---|---|---|
| 21 | Community Medical Care Associate P.C. | Billy Nabil Geris | Michael Danilovich, Mikhail Zemlyansky, Michael Barukhin, Mikhail Ostrumsky, Boris Treysler, Lynda Tadder, Dmitry Lipis, Billy Geris, Michelle Glick, Chad Greenshner |
| 22 | Comprehension P.T. P.C. | Afdal Mohammed Abdelaziz Elreweny | Alex Sandler, Lauretta Grzegorczyk, Michael Morgan |
| 23 | DGI Chiropractic | | Alex Sandler, Lauretta Grzegorczyk |
| 24 | Dowd Andrew | Andrew Dowd | Alex Sandler, Zuheir Said |
| 25 | DST Medical | David Sanni Thomas | Michael Danilovich, Mikhail Zemlyansky, Michael Barukhin, Mikhail Ostrumsky, Boris Treysler, David Sanni Thomas, Dmitry Lipis, Lynda Tadder, Chad Greeshner, Michelle Glick |
| 26 | Easy Care Acupuncture | Ada Kulagina | Andrey Anikeyev |

| # | | | |
|---|---|---|---|
| 27 | Effective Care P.T. P.C. | Afdal Mohammed Abdelaziz Elreweny | Michael Danilovich Mikhail Zemlyansky Michael Barukhin Yevgeniy Shuman Alex Sandler Joseph Vitoulis Michael Morgan |
| 28 | EMC Health Products, INC. | Marina Sharlat | Alex Sandler Zuheir Said |
| 29 | Exultant Medical Diagnostics | Pedro Torres-Jimenez | Yuriy Zayonts Mikhail Kremerman Vladislav Zaretsky |
| 30 | First Care Chiropractic P.C. | Constantine Voytenko | Mikhail Ostrumsky Boris Treysler Constantine Voytenko |
| 31 | First Help Acupuncture | Valentina Anikeyeva | Andrey Anikeyev |
| 32 | Fitness Physical Therapy | Alex Alutaya Mendoza | Michael Danilovich Mikhail Zemlyansky Michael Barukhin |
| 33 | Five Boro Psychological And Licensed Master Social Work Services PLLC | John R. Braun | Michael Danilovich Mikhail Zemlyansky Michael Barukhin Mikhail Ostrumsky Boris Treysler Vladimir Grinberg Yevgeniy Shuman Alex Sandler Joseph Vitoulis Lauretta Grzegorczyk |

| # | | | |
|---|---|---|---|
| 34 | Franklin Square Med Services, INC. | Igor Tolmasov | Alex Sandler  Zuheir Said |
| 35 | Gaba Medical P.C. | Sergey Gabinsky | Robert Sukhman  Alex Sandler  Lauretta Grzegorczyk  Gregory Mikhalov  Sergey Gabinsky |
| 36 | Gerard M. Tanella, Attorney at Law, P.C. | Gerard M. Tanella | Michael Danilovich  Mikhail Zemlyansky  Michael Barukhin |
| 37 | Glen Cove MRI | Paul Bonheim | Alex Sandler  Zuheir Said |
| 38 | Golden Hands Chiropractic, P.C. | Yakov Zilberman | Michael Danilovich  Mikhail Zemlyansky  Michael Barukhin  Yevgeniy Shuman  Alex Sandler  Joseph Vitoulis  Lauretta Grzegorczyk  Zuheir Said |
| 39 | Golden Star Medical Diagnostics | Ian Dalton Prescott | Yuriy Zayonts  Mikhail Kremerman  Vladislav Zaretsky |
| 40 | Grand Concourse Medical Care PC | Servio Tulio Calderin | Yuriy Zayonts  Mikhail Kremerman  Vladislav Zaretsky |
| 41 | Great Wall Acutpuncture | Valentina Anikeyeva | Andrey Anikeyev |
| 42 | Haar Orthopedic | | Alex Sandler  Lauretta Grzegorczyk |

| | | | |
|---|---|---|---|
| 43 | Healthy Life Acupuncture | Oksana Lendel | Andrey Anikeyev |
| 44 | Healthy Way Acupuncture | Ellina Matskina | Andrey Anikeyev |
| 45 | Hope Massage Therapy P.C. | Laura A. Milach | Michael Danilovich Mikhail Zemlyansky Michael Barukhin Yevgeniy Shuman    Alex Sandler        Joseph Vitoulis        Michael Morgan |
| 46 | IGLA Acupuncture | Irina Logman | Michael Danilovich Mikhail Zemlyansky Michael Barukhin |
| 47 | Immediate Imaging P.C. | Steve Losik | Alex Sandler        Lauretta Grzegorczyk |
| 48 | Integrity Medical | Samuel Walters | Alex Sandler        Zuheir Said            Jeff Lereah |
| 49 | JA Acupuncture P.C. (Jamaica Avenue Acu) | Michele Glick | Michael Danilovich Mikhail Zemlyansky Michael Barukhin    Mikhail Ostrumsky    Boris Treysler Matthew Conroy Maria Diglio Lynda Tadder        Dmitry Lipis            Billy Geris Michelle Glick |

| | | | |
|---|---|---|---|
| 50 | Joseph Vitoulis D.O., P.C. | Joseph Vitoulis | Michael Danilovich<br>Mikhail Zemlyansky<br>Michael Barukhin<br>Yevgeniy Shuman   Alex Sandler<br>Dmitry Lipis<br>Joseph Vitoulis<br>Eva Gateva<br>Dmitry Slobodyansky<br>Andrey Anikeyev<br>Vladimir Grinberg<br>Gregory Mikhalov<br>Mark Danilovich<br>Michael Morgan<br>Jeffrey Lereah<br>Sergey Gabinsky<br>Mark Shapiro |
| 51 | JOV Acupuncture | Oksana Lendel | Andrey Anikeyev |
| 52 | Kali Acupuncture P.C. | Paul Poznansky | Mikhail Ostrumsky   Boris Treysler<br>Pavel Poznansky |
| 53 | Kappa Medical, P.C. | Ilya Yakov Burshteyn | Alex Sandler   Lauretta Grzegorczyk |
| 54 | Karina K Acupuncture | Karina Kolomiytseva | Andrey Anikeyev |
| 55 | Kings County Chiropractic | Leonid M. Simakovsky | Andrey Anikeyev |

| | | | |
|---|---|---|---|
| 56 | KKM Medical Diagnostics P.C. | Sander Koyfman | Michael Danilovich<br>Mikhail Zemlyansky<br>Michael Barukhin<br>Yevgeniy Shuman   Alex Sandler   Dmitry Lipis<br>Joseph Vitoulis<br>Lauretta Grzegorczyk<br>Eva Gateva<br>Mark Shapiro |
| | | | |
| 57 | Labriyut Acupuncture | Irina Logman | Michael Danilovich<br>Mikhail Zemlyansky<br>Michael Barukhin |
| | | | |
| 58 | Laura A Milach Massage Therapy | Laura A. Milach | Alex Sandler   Zuheir Said   Michael Morgan |
| | | | |
| 59 | Law Office of Gerald M. Tanella, P.C. | Gerald M. Tanella | Michael Danilovich<br>Mikhail Zemlyansky<br>Michael Barukhin |
| | | | |
| 60 | Lexington Acupuncture | Valentina Anikeyeva | Andrey Anikeyev |
| | | | |
| 61 | Lotus Acupuncture | Natalya Kornilova | Andrey Anikeyev |
| | | | |
| 62 | M & M Complete Equipment Inc. | Mark Danilovich | Michael Danilovich<br>Mikhail Zemlyansky<br>Michael Barukhin<br>Yevgeniy Shuman   Alex Sandler   Joseph Vitoulis   Mark Danilovich |
| | | | |

| | | | |
|---|---|---|---|
| 63 | Maguire Medical Practice P.C. | Lauretta Grzegorczyk | Mikhail Zemlyansky<br>Michael Danilovich<br>Michael Barukhin<br>Yuriy Zayonts<br>Mikhail Kremerman<br>Vladislav Zaretsky<br>Matthew Conroy<br>Maria Diglio<br>Alex Sandler         Lauretta Grzegorczyk<br>Tatyana Gabinskaya<br>Andrey Anikeyev<br>Dmitry Slobodyansky<br>Vladimir Grinberg<br>Gregory Mikhalov<br>Michael Morgan<br>Mark Shapiro<br>Sergey Gabinsky |
| 64 | Main Care P.T., P.C. | Ehab El-Sayed | Michael Danilovich<br>Mikhail Zemlyansky<br>Michael Barukhin    Mikhail Ostrumsky    Boris Treysler<br>Lynda Tadder          Dmitry Lipis              Billy Geris |
| 65 | Main Rehab PT P.C. | Ehab El-Sayed | Michael Danilovich<br>Mikhail Zemlyansky<br>Michael Barukhin    Mikhail Ostrumsky    Boris Treysler<br>Lynda Tadder          Dmitry Lipis              Billy Geris |

| # | Name | | |
|---|---|---|---|
| 66 | Mark Geller and Associates | | Robert Sukhman    Alex Sandler    Zuheir Said |
| 67 | Matthew J. Conroy & Associates, PC | | Alex Sandler    Lauretta Grzegorczyk   Matthew Conroy<br>Maria Diglio |
| 68 | McGuire Medical P.C. | Lauretta Grzegorczyk | Yuriy Zayonts<br>Mikhail Kremerman<br>Vladislav Zaretsky<br>Matthew Conroy<br>Maria Diglio<br>Alex Sandler    Lauretta Grzegorczyk<br>Andrey Anikeyev<br>Gregory Mikhalov<br>Jeffrey Lereah<br>Robert Della Badia<br>Tatyana Gabinskaya<br>Sergey Gabinsky<br>Sol Naimark |
| 69 | Med Help Supply, Inc | Eldar Akhmedov | Alex Sandler    Lauretta Grzegorczyk<br>Matthew Conroy |
| 70 | Medical Diagnostics | Richard A. Hellander | Michael Danilovich<br>Mikhail Zemlyansky<br>Michael Barukhin |
| 71 | Medix Surgical Supply Inc. | Vitaly Levin | Alex Sandler    Lauretta Grzegorczyk |

| | | | |
|---|---|---|---|
| 72 | Medway Medical Diagnostics Care P.C. | Servio Tulio Calderin | Alex Sandler   Zuheir Said   Yuriy Zayonts   Mikhail Kremerman Vladislav Zaretsky |
| | | | |
| 73 | Metro Medical Pain Management | Mark Gladstein | Alex Sandler   Lauretta Grzegorczyk |
| | | | |
| 74 | Metropolitan Diagnostic Medical Care P.C. | David M. Glass | Michael Danilovich Mikhail Zemlyansky Michael Barukhin Yevgeniy Shuman   Alex Sandler   Joseph Vitoulis   Zuheir Said |
| | | | |
| 75 | MG Acupuncture | Michelle J. Glick | Michael Danilovich Mikhail Zemlyansky Michael Barukhin Matthew Conroy Maria Diglio Michelle Glick |
| | | | |
| 76 | Midborough Acupuncture | Valentina Anikeyeva | Andrey Anikeyev |
| | | | |
| 77 | Midwood Acupuncture | Valentina Anikeyeva | Andrey Anikeyev |
| | | | |

| # | | | |
|---|---|---|---|
| 78 | Mobility Experts Medical, P.C. | Alexander Veder Liana Veder Sergey Gabinsky | Michael Danilovich Mikhail Zemlyansky Michael Barukhin Yevgeniy Shuman   Alex Sandler   Joseph Vitoulis   Lauretta Grzegorczyk   Gregory Mikhalov   Sergey Gabinsky |
| 79 | Modern Medical Solutions P.C. | Zuheir Jamil Said | Mikhail Zemlyansky Michael Danilovich Yuriy Zayonts Mikhail Kremerman Vladislav Zaretsky Alex Sandler   Zuheir Said Andrey Anikeyev Jeffrey Lereah Michael Morgan |
| 80 | Move Free Chiropractic, LLP | Nestor Nicolaides Anthony Palumbo Michael DeMartinis | Michael Danilovich Mikhail Zemlyansky Michael Barukhin   Mikhail Ostrumsky   Boris Treysler Lynda Tadder   Dmitry Lipis   Billy Geris Chad Greenshner |
| 81 | Naimark and Associates P.C. | Sol Naimark | Alex Sandler   Lauretta Grzegorczyk   Sol Naimark |
| 82 | Naqiy Medical Services P.C. | Samuel R. Walters | Alex Sandler   Lauretta Grzegorczyk |

| | | | |
|---|---|---|---|
| 83 | New Century Acupuncture P.C. | Lyubov Kondranina | Alex Sandler   Lauretta Grzegorczyk   Andrey Anikeyev |
| | | | |
| 84 | New Era Acupuncture | Valentina Anikeyeva | Andrey Anikeyev |
| | | | |
| 85 | New Millennium Medical Imaging, P.C. | Emmanuel Varkaris | Alex Sandler   Zuheir Said   Jeff Lereah |
| | | | |
| 86 | North Acupuncture | Valentina Anikeyeva | Andrey Anikeyev |
| | | | |
| 87 | Novacare Medical P.C. | Tatyana Gabinskaya | Alex Sandler   Lauretta Grzegorczyk   Jeff Lereah   Tatyana Gabinskaya |
| | | | |
| 88 | NR Acupuncture | Nellya Razzakova | Andrey Anikeyev |
| | | | |
| 89 | NTT Medical P.C. | Nathan Levin | Mikhail Ostrumsky   Boris Treysler   Vladimir Grinberg   Constantine Voytenko   Pavel Posnansky |
| | | | |
| 90 | NuMed Medical Supply, Inc. | Inna Shilimov | Michael Danilovich   Mikhail Zemlyansky   Michael Barukhin   Yevgeniy Shuman   Alex Sandler   Joseph Vitoulis |
| | | | |
| 91 | O&R Physical Therapy, PC | Raouf Akl | Alex Sandler   Lauretta Grzegorczyk |
| | | | |

| | | | |
|---|---|---|---|
| 92 | Ocean Chiropractic P.C. | Ernest Buberman | Michael Danilovich<br>Mikhail Zemlyansky<br>Michael Barukhin<br>Yevgeniy Shuman<br>Dmitry Slobodyansky<br>Alex Sandler   Joseph Vitoulis |
| 93 | Okslen Acupuncture | Oksana Lendel | Andrey Anikeyev |
| 94 | Oleg Levit and Associates, PLLC | Oleg Levit | Alex Sandler   Lauretta Grzegorczyk |
| 95 | Olga Bard Acupuncture | Olga Bard | Michael Danilovich<br>Mikhail Zemlyansky<br>Michael Barukhin<br>Matthew Conroy<br>Maria Diglio |
| 96 | Ortho-Med Surgical Supply, Inc | Vitaly Levin | Alex Sandler   Lauretta Grzegorczyk |
| 97 | Paragon Medical Care | | Yuriy Zayonts   Mikhail Kremerman Vladislav Zaretsky |
| 98 | Park Avenue Medical Care, PC | Eva Gateva | Yuriy Zayonts   Mikhail Kremerman Vladislav Zaretsky   Eva Gateva |
| 99 | Perfect Point Acupuncture | Tatyana Kapustina | Andrey Anikeyev |
| 100 | Physical Therapy Connection P.C. | Hatem Abou Hassan | Alex Sandler   Lauretta Grzegorczyk<br>Matthew Conroy |

| # | Entity | Name | Defendants |
|---|---|---|---|
| 101 | Pomona Medical Diagnostics P.C. | Ronald R. Di Scenza | Alex Sandler   Lauretta Grzegorczyk |
| 102 | Precision Medical Diagnostics of NY, PC | Victoria V. Tsinberg | Alex Sandler   Lauretta Grzegorczyk   Zuheir Said |
| 103 | Pugsley Chiropractic, PLLC | Leonid Simakovsky | Alex Sandler   Lauretta Grzegorczyk   Andrey Anikeyev |
| 104 | QV Chiropractic, P.C. | Karl Joseph Bauer Rick Debiasi | Michael Danilovich Mikhail Zemlyansky Michael Barukhin Alex Sandler   Zuheir Said |
| 105 | Rehab Choice, P.T. P.C. | Arthur J. Ang   Dexter Hontiveros | Alex Sandler   Lauretta Grzegorczyk   Gregory Mikhalov |
| 106 | Reliable Medical Diagnostics | Barry Stuart Sloan | Yuriy Zayonts   Mikhail Kremerman Vladislav Zaretsky |
| 107 | Richmond Medical Diagnostics P.C. | Surender Gorukanti | Alex Sandler   Lauretta Grzegorczyk   Yuriy Zayonts Mikhail Kremerman Vladislav Zaretsky |
| 108 | Ridge Medical Supplies Corp. | Boris Khanis | Mikhail Ostrumsky   Boris Treysler |
| 109 | Rite Aide MRI | Sanna Kalika | Alex Sandler   Lauretta Grzegorczyk |
| 110 | Shirom Acupuncture | Roman Shimunov | Andrey Anikeyev |

| | | | |
|---|---|---|---|
| 111 | Silver Lotus Acupuncture | Yury Tsukanov | Andrey Anikeyev |
| 112 | Sky Medical Diagnostics | Dina Nelson | Yuriy Zayonts Mikhail Kremerman Vladislav Zaretsky |
| 113 | SM Chiropractic | Russell Nersesov | Alex Sandler Lauretta Grzegorczyk |
| 114 | Sola Chiropractic, P.C. | Dmitry Slobodyanksy | Alex Sandler Lauretta Grzegorczyk Dmitry Slobodyansky |
| 115 | Sovereign Medical Diagnostics | Robert Della Badia | Yuriy Zayonts Mikhail Kremerman Vladislav Zaretsky Robert Della Badia |
| 116 | St. Marks World | | Alex Sandler Lauretta Grzegorczyk Michael Morgan |
| 117 | Stable Hands Chiro | | Alex Sandler Zuheir Said |
| 118 | Star Medical and Diagnostic PLLC | Winston Tapper | Michael Danilovich Mikhail Zemlyansky Michael Barukhin Yevgeniy Shuman Alex Sandler Joseph Vitoulis |
| 119 | Sunrise Acupuncture | Yury Tsukanov | Andrey Anikeyev |

| | | | |
|---|---|---|---|
| 120 | Sutter Medical Care | Joseph Gorum | Yuriy Zayonts Mikhail Kremerman Vladislav Zaretsky |
| 121 | TC Acupuncture P.C. | Igor Shkapenyuk | Alex Sandler Zuheir Said Andrey Anikeyev |
| 122 | Upscale Medical Diagnostics | Joseph A. Grossman | Yuriy Zayonts Mikhail Kremerman Vladislav Zaretsky |
| 123 | Uptown Chiropractic | Michael Gorelik | Andrey Anikeyev |
| 124 | Urbanwell Acupuncture | Ilona Abitbol | Andrey Anikeyev |
| 125 | VS Care Acupuncture, P.C. | Oksana Lendel | Alex Sandler Lauretta Grzegorczyk Andrey Anikeyev |
| 126 | Valdan Acupuncture | Valentina Anikeyeva | Andrey Anikeyev |
| 127 | Valley Psychological | Jonathan Kogen | Alex Sandler Zuheir Said |
| 128 | Victory Medical Diagnostics P.C. | Ahmed Adel Elsoury | Alex Sandler Lauretta Grzegorczyk Yuriy Zayonts Mikhail Kremerman Vladislav Zaretsky |
| 129 | Village Chiropractic Care | Karl Bauer | Michael Danilovich Mikhail Zemlyansky Michael Barukhin |
| 130 | Wellness Care Acupuncture | Oksana Lendel | Andrey Anikeyev |

| | | |
|---|---|---|
| 131 | White Plains Medical Care | Narcisse J. Versailles | Yuriy Zayonts Mikhail Kremerman Vladislav Zaretsky |
| 132 | YLS Acupuncture | Yelena L Sergiyenko | Michael Danilovich Mikhail Zemlyansky Michael Barukhin Matthew Conroy |
| 133 | Yuriy Prakhin Law Offices | | Alex Sandler Lauretta Grzegorczyk |