```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
                                           :
UNITED STATES OF AMERICA                   :
                                                    ORDER
        -v-                                :
                                                    S1 12 Cr. 171 (JPO)
MIKHAIL ZEMLYANSKY,                        :
        a/k/a "Mike Zemlin,"               :
        a/k/a "Russian Mike,"
        a/k/a "Mike Z,"                    :
        a/k/a "Zem,"
MICHAEL DANILOVICH,                        :
        a/k/a "Mike Daniels,"
        a/k/a "Fat Mike,"                  :
        a/k/a "Mike D,"
YURIY ZAYONTS,                             :
        a/k/a "KGB,"
MIKHAIL KREMERMAN,                         :
MATTHEW CONROY,
MICHAEL BARUKHIN,                          :
        a/k/a "Barkin,"
        a/k/a "Mike B,"
MIKHAIL OSTRUMSKY,                         :
        a/k/a "Skinny Mike,"
BORIS TREYSLER,                            :
        a/k/a "Borya,"
ANDREY ANIKEYEV,
VLADIMIR GRINBERG,                         :
VLADISLAV ZARETSKIY,
YEVGENIY SHUMAN,                           :
        a/k/a "Eugene,"
        a/k/a "Lokh,"
        a/k/a "Zhenya,"
DMITRY SLOBODYANSKY,                       :
        a/k/a "Dima,"
ALEXANDER SANDLER,                         :
        a/k/a "Sasha,"
        a/k/a "Nose,"                      :
GREGORY MIKHALOV,
MICHAEL MORGAN,                            :
MARK DANILOVICH,
JEFFREY LEREAH,                            :
DMITRY LIPIS,
        a/k/a "Dima,"                      :
        a/k/a "Danny,"
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 14 2012

```
LYNDA TADDER,                              :
MARIA DIGLIO,
SOL NAIMARK,                               :
SERGEY GABINSKY,
TATYANA GABINSKAYA,                        :
JOSEPH VITOULIS,
LAURETTA GRZEGORCZYK,                      :
     a/k/a "Dr. G,"
EVA GATEVA,                                :
ZUHEIR SAID,
DAVID THOMAS,                              :
     a/k/a "David Sanni Thomas,"
BILLY GERIS,                               :
MARK SHAPIRO,
ROBERT DELLA BADIA,                        :
MICHELLE GLICK,
PAVEL POZNANSKY,                           :
     a/k/a "Paul,"
CHAD GREENSHNER, and                       :
CONSTANTINE VOYTENKO,
                                           :
          Defendants.
- - - - - - - - - - - - - - - - - - - - - -x
```

WHEREAS on February 29, 2012, the Government moved to remand pending trial five defendants in the above-captioned case, (1) Mikhail Zemlyansky; (2) Michael Danilovich, (3) Yuri Zayonts; (4) Mikhail Kremerman; and (5) Matthew Conroy, pursuant to Title 18, United States Code, Section 3142(e), based on risk of flight and danger to the community ("Detention Motion");

WHERAS on February 29, 2012, United States Magistrate Judge Theodore H. Katz denied the Government's motion for detention with respect to defendant Matthew Conroy and set the following conditions of release: $2 million personal recognizance bond secured by $50,000 cash or property and 4 financial

responsible co-signors; travel restricted to the Southern and Eastern Districts of New York; surrender all travel documents; strict pretrial supervision; mental health evaluation and treatment; an initial drug test; no involvement in transactional work related to medical clinics or practices; and no contact with co-defendants except for co-defendant meetings and contact with his law partner;

WHERAS on February 29, 2012, United States Magistrate Judge Theodore H. Katz approved the following conditions of release, which were agreed upon by the parties, with respect to defendant Mikhail Zemylansky: $2.5 million personal recognizance bond secured by $50,000 cash and real property and 4 financial responsible co-signors; travel restricted to the Southern and Eastern Districts of New York; surrender all travel documents; strict pretrial supervision; home detention and electronic monitoring; no involvement in medical clinics; no opening of new accounts without approval from pretrial services; and no contact with co-defendants except for family obligations and co-defendant meetings;

WHEREAS on March 7, 2012, United States Magistrate Judge Ronald L. Ellis approved the following conditions of release, which were agreed upon by the parties, with respect to defendants Yuri Zayonts, Mikhail Kremmerman, and Michael

Danilovich: $2.5 million personal recognizance bond secured by $50,000 cash and $250,000 in real property and 3 financial responsible co-signors; travel restricted to the Southern and Eastern Districts of New York; surrender all travel documents; strict pretrial supervision; home detention and electronic monitoring; no involvement in medical clinics; no opening of new accounts without approval from pretrial services; and no contact with co-defendants except for family obligations and co-defendant meetings; it is therefore

ORDERED that the Detention Motion is denied with respect to defendant Matthew Conroy; and

ORDERED that the Detention Motion is dismissed as moot with respect to defendants Mikhail Zemlyansky, Michael Danilovich, Yuri Zayonts; and Mikhail Kremerman.

Dated: New York, New York
       November /4 , 2012

_____
HONORABLE J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

*The Clerk of Court is directed to term docket (motion) number 80.*