# STEPHEN P. SCARING, P.C.
ATTORNEYS AT LAW
SUITE 501
666 OLD COUNTRY ROAD
GARDEN CITY, N.Y. 11530-2004

(516) 683-8500

FAX
(516) 683-8410

STEPHEN P. SCARING

MATTHEW W. BRISSENDEN

sscaring@scaringlaw.com

NOV 3 0 2012

November 26, 2012

The Clerk of Court is Directed to:
___ Term motion (doc. # ___)
_✓_ Doc. and File As: Letter

**VIA FEDERAL EXPRESS**

Hon. J. Paul Oetken
United States District Court – SDNY
500 Pearl Street - Room 15D
New York, New York 10007

          Re:    *United States v. Mikhail Zemlyansky, et. al. (Maria Diglio)*
                  *Docket Number 12CR171 (JPO)*

Dear Judge Oetken:

My office represents the defendant, Maria Diglio, in connection with the above referenced matter.

After discussing the upcoming court appearance scheduled for December 5, 2012 with my client, she has advised me that she does not wish to attend the oral argument. She understands her rights and that she has the right to attend the oral argument. However, she has chosen to waive that right and waive her appearance.

Thank you.

                                           Respectfully submitted,

                                           STEPHEN P. SCARING

SPS/mag