UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
UNITED STATES OF AMERICA,                    :

  vs.                                                         :

MIKHAIL ZEMLYANSKY, et al,                  : SUPPLEMENTAL DECLARATION
                                                                  OF MIKHAIL KREMERMAN IN
       *Defendants*,                                     SUPPORT OF MOTION TO
                                                              : **SUPPRESS**

VLADISLAV ZARETSKIY, YURIY ZAYONTS, and  :
MIKHAIL KREMERMAN
                                                              : No. 12 Cr. 171 (JPO)
       *Defendants-Movants*,
                                                              :

                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

MIKHAIL KREMERMAN declares under penalty of perjury as follows:

1.  I offer this Supplemental Declaration, further to my earlier Declaration of April 1, 2013, in support of the Motion to Suppress evidence seized from Tri-State Billing Corp.

2.  I controlled Tri-State Billing Corp. along with Messrs. Zaretskiy and Zayonts, and I co-managed Tri-State Billing Corp. together with Messrs. Zaretskiy and Zayonts.

Dated: April 22, 2013
       New York, New York

                                                    By: _____
                                                           Mikhail Kremerman