DAS5zemF

1 UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
2 ------------------------------x

3 UNITED STATES OF AMERICA,

4             v.                        12-CR-171 (JPO)

5 MIKHAIL ZEMLYANSKY, MICHAEL
DANILOVICH, TATYANA
6 GABINSKAYA, JOSEPH VITOULIS,
BILLY GERIS,
7
                Defendants.           Jury Trial
8
------------------------------x
9
                                       New York, N.Y.
10                                      October 28, 2013

11                                      10:20 a.m.

12
Before:
13
                    HON. J. PAUL OETKEN,
14
                                       District Judge
15

16                        APPEARANCES

17 PREET BHARARA
      United States Attorney for the
18    Southern District of New York
EDWARD Y.K. KIM
19 PETER M. SKINNER
DANIEL S. NOBLE
20    Assistant United States Attorneys
COLLEEN GEIER, Paralegal Specialist
21
FISCHETTI & MALGIERI, LLP
22    Attorneys for Defendant Mikhail Zemlyansky
BY:  RONALD P. FISCHETTI, ESQ.
23    PHYLLIS ANN MALGIERI, ESQ.

24 LAW OFFICE OF ERIC FRANZ, PLLC
      Attorneys for Defendant Mikhail Zemlyansky
25 BY:  ANDREW MANCILLA, ESQ.

DAS5zemF

APPEARANCES
(Continued)

CREIZMAN PLLC
    Attorneys for Defendant Michael Danilovich
BY:  ERIC M. CREIZMAN, ESQ.
    KAITLIN DABBERT

GLENN A. GARBER, P.C.
    Attorneys for Defendant Billy Geris
BY:  GLENN A. GARBER, ESQ.
    G. HANNA ANTONSSON, ESQ.

ARTHUR GERSHFELD, PLLC
    Attorneys for Defendant Tatyana Gabinskaya
BY:  ARTHUR GERSHFELD, ESQ.

LAW OFFICE OF STANISLAO A. GERMAN
    Attorneys for Defendant Joseph Vitoulis
BY:  STANISLAO A. GERMAN, ESQ.

MYERS SINGER & GALIARDO LLP
    Attorneys for Defendant Joseph Vitoulis
BY:  MATTHEW D. MYERS, ESQ.

ALSO PRESENT:  DONALD ANSPACHER, FBI
               MICHAEL KELLEY, FBI

DAS5zemF                    Deliberations

1                (Deliberations resumed; jury not present)

2                THE COURT:  I know Mr. Creizman is out and you're

3     covering for him, Ms. Antonsson?

4                MR. GERSHFELD:  I am too, Judge.  He texted me.

5                THE COURT:  And Ms. Maglieri is here, the government

6     is here.

7                No additional note or anything.  The jury began

8     deliberating at 9:50 this morning when the last one arrived.  I

9     think the only matter we had to cover is I have the latest

10    version of the redacted Zarick testimony so I would propose to

11    simply send this copy in.  You all have seen the redactions.

12    Are there any objections to the final version?

13                MR. GERMAN:  No.  It is all set, Judge.

14                THE COURT:  Great.  So we will send that in.

15                Anything else?

16                MR. KIM:  Not from the government, your Honor.

17                THE COURT:  All right.  Thank you.

18                (recess pending verdict)

DAS5zemF                    Deliberations

1              A F T E R N O O N   S E S S I O N

2                        3:20 p.m.

3          THE COURT:  Okay.  I think Mr. Skolnik told you about

4    a note we received this morning.  We also have a second note

5    requesting additional testimony which we just received.  The

6    first one, which you know about, has been marked Court Exhibit

7    11 and I will just read it for the record.

8          Good morning.  The jury would like to request the

9    testimony of Braddom.  Thank you.  Signed, juror no. 8, the

10   foreperson.

11         Do we have the redacted copy?

12         MR. SKINNER:  Yes, your Honor.

13         THE COURT:  So, we will send that in.  Here is the

14   second one we have just received and this has been marked Court

15   Exhibit 12.

16         Good afternoon.  I would like to request the testimony

17   of Robert Sukhman on 9/25, 12:40 p.m. to 1:00 p.m.  Thank you.

18   Juror no. 8.

19         MR. FISCHETTI:  Can we have the time again, Judge?

20         THE COURT:  Yes.  Robert Sukhman on 9/25, 12:40 p.m.

21   to 1:00 p.m.

22         They're getting very specific, it seems.

23         MR. KIM:  Maybe we can work with Ms. Utter to figure

24   out what line it starts at and circulate a copy of that portion

25   of his testimony.

DAS5zemF                          Deliberations

1           THE COURT:  Okay.  So those notes have been marked,

2     you can work on that, again 9/25, 12:40 to 1:00 p.m.  These are

3     marked for the record and we will go ahead and send in the

4     Braddom testimony.  Okay?

5                Anything else?

6                MR. KIM:  No, your Honor.  Thank you.

7                THE COURT:  Thanks.

8                (recess pending verdict)

9                THE COURT:  We did receive another note just a little

10    while ago this afternoon that just said:  Good afternoon.  The

11    jury would like to leave at 5:00 p.m. today and come in

12    tomorrow at 9:30 a.m.  Juror no. 8.

13               So, I would propose to just bring them in and let them

14    go for the evening and the usual reminders, and then tell them

15    they can begin deliberating tomorrow morning when all 12 of

16    them are present.

17               MR. KIM:  Your Honor, the note you just read, is that

18    Court Exhibit 13?

19               THE COURT:  Yes.  I'm sorry.  That's Court Exhibit 13.

20               (Continued on next page)

21

22

23

24

25

DAS5zemF                        Deliberations

1           (Jury present)

2           THE COURT:  Good afternoon, ladies and gentlemen.

3           THE JURY:  Good afternoon.

4           THE COURT:  Just for the record, I will note I

5     received your notes from today and first one requests that the

6     testimony of Dr. Braddom, that is Court Exhibit 11, and we

7     gathered the copy of the transcript of that testimony and

8     provided it to you earlier, and the second one has been marked

9     Court Exhibit 12 which asks for the testimony of Mr. Sukhman

10    which we provided for a certain time period, and then the Court

11    Exhibit no. 13 was your note asking to leave at 5:00 p.m. today

12    and to continue deliberations tomorrow at 9:30 -- and that's

13    fine.

14           I just want to thank you for your diligent work in

15    this case going through the evidence as you deliberate on your

16    verdict and just, I'm going to let you go and you can start

17    tomorrow morning at 9:30 -- but only after all 12 of you have

18    arrived because, as I said, it is only when all 12 of you are

19    present that you should be deliberate on the evidence in the

20    case.

21           Also, one more reminder not to discuss the case this

22    evening, only discuss the case when you are deliberating as a

23    complete jury and don't do any research or any other looking

24    into the case or discussing it with anyone.

25           So, have a good evening everybody and you can continue

DAS5zemF                          Deliberations

1    deliberating tomorrow morning at 9:30 when all of you are

2    present.  Take care.

3              (Jury not present)

4              THE COURT:  Have a good night, everybody.

5              (Adjourned to 9:30 a.m., Tuesday, October 29, 2013.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25