UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

Vs

Mikhail Zemlyansky

-----------------------------------------------------------X

CASE#   S18 12 CR 171-01  ( JPO )

## ORDER OF REMAND

It is hereby ordered that  Mikhail  Zemlyansky , the defendant, be remanded into the custody of the U.S. Marshal Service.

So Ordered: _____  3/19/15
U.S. District Judge           Date

*Electronically Filed: MAR 19 2015*