UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | 12-CR-171-01 (JPO) |
| MIKHAIL ZEMLYANSKY, | ORDER |
| Defendant. | |

J. PAUL OETKEN, District Judge:

Defendant Mikhail Zemlyansky is currently incarcerated at the Federal Correctional Institution at Fairton, New Jersey. On July 6, 2020, this Court denied Defendant's motion for compassionate release under the First Step Act, 18 U.S.C. § 3582(c)(1)(a)(i).

Defendant, proceeding *pro se*, has filed a renewed request for compassionate release. In an addendum to that filing, he states that he is among the inmates who has tested positive for Covid-19.

Counsel for the Government is directed to provide the Court with an update from the Bureau of Prisons on Defendant's medical status as soon as possible.

SO ORDERED.

Dated: February 9, 2021
   New York, New York

_____
J. PAUL OETKEN
United States District Judge