UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

MIKHAIL ZEMLYANSKY,
                     Defendant.

12-CR-171-01 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Defendant Mikhail Zemlyansky is currently incarcerated at the Federal Correctional Institution at Fairton, New Jersey.  On July 6, 2020, this Court denied Defendant's motion for compassionate release under the First Step Act, 18 U.S.C. § 3582(c)(1)(a)(i).

    Defendant, proceeding *pro se*, has filed a renewed request for compassionate release.  In an addendum to that filing, he states that he is among the inmates who has tested positive for Covid-19.  Subsequent filings by Defendant and the Government reveal that Defendant has now recovered from Covid-19.  (*See* Dkt. Nos. 2191 & 2192.)

    Based on Defendant's recovery, the Court does not find "extraordinary and compelling" reasons for Defendant's release at this time.  Accordingly, and for the reasons explained in this Court's July 6, 2020 order (Dkt. No. 2179), Defendant's renewed request for compassionate release is denied.

    The Clerk of Court is directed to close the motion at Docket Number 2189.

    The Government is directed to send a copy of this order to Defendant.

    SO ORDERED.

Dated: February 22, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge